**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stuart Marcus,                     )<br>                                             )<br>            Plaintiff,              )<br>                                             )<br>v.                                       )<br>                                             )<br>Phelps Dodge Corporation,  )<br>                                             )<br>            Defendant.          )<br>                                             ) | No. CV-02-913-PHX-SMM<br><br>**ORDER** |

Pursuant to Plaintiff's Unopposed Motion for Extension of Time (Dkt. 119), and good cause appearing therefor,

**IT IS HEREBY ORDERED** granting Plaintiff until **November 16, 2007** to file his Response to Defendant's Renewed Motion for Attorneys' Fees.

DATED this 11th day of October, 2007.

Stephen M. McNamee
United States District Judge