**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stuart Marcus,<br><br>        Plaintiff,<br><br>v.<br><br>Phelps Dodge Corporation,<br><br>        Defendant. | No. CV-02-913-PHX-SMM<br><br>**ORDER** |

Pursuant to Defendant's unopposed Motion to Dismiss its Motions for Fees and Costs (Dkt. 123), and cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss its Motions for Fees and Costs (Dkt. 123) is granted.

**IT IS FURTHER ORDERED** that Defendant's Motion for Attorney Fees (Dkt. 115) and Defendant's Motion for Court to Rule on Bill of Costs (Dkt. 116) are dismissed with prejudice.

DATED this 4th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge